## Commonwealth *v.* Whaley, Appellant.

Submitted January 10, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Allan I. Steinberg* and *Neil Carver,* for appellant.

*Albert L. Becker* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 16, 1973:
Judgment affirmed.